**Valerie FIELDS, Plaintiff–Appellant,**

v.

**SOUTHWEST AIRLINES COMPANY, Defendant–Appellee.**

No. 04–50349.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 12, 2005.

Valerie Fields, San Antonio, TX, pro se.

J. Joe Harris, Bracewell & Patterson, San Antonio, TX, for Defendant–Appellee.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Valerie Fields moves to proceed in forma pauperis (IFP) on appeal. Southwest Airlines Company ("Southwest") has moved to strike her appellate brief and to dismiss the appeal. Fields has in turn moved for permission to file an out of time reply to Southwest's motion.

This court may authorize Fields to proceed IFP on appeal if she is unable to pay the costs of the appeal and the appeal is taken in good faith, *i.e.,* the appeal presents nonfrivolous issues. FED. R.APP. P. 24(a)(1); *see Holmes v. Hardy,* 852 F.2d 151, 153 (5th Cir.1988). Fields has failed to demonstrate that her appeal would involve nonfrivolous issues. Her motion for IFP is therefore denied and her appeal dismissed. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. All outstanding motions are denied as moot.

IFP DENIED; APPEAL DISMISSED; ALL OUTSTANDING MOTIONS DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.